Lary James PLUMLEE, Petitioner–
Appellant,

v.

Catherine CORTEZ MASTO, Attorney
General State of Nevada; E.K.
McDaniel, Respondents–Appellees.

No. 04–15101.

United States Court of Appeals,
Ninth Circuit.

Filed Aug. 10, 2007.

Jason F. Carr, Esq., Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Joseph W. Long, Esq., Nevada Attorney General's Office, Ely, NV, Victor Hugo Schulze, II, Esq., Office of the Nevada Attorney General, Las Vegas, NV, for Respondents–Appellees.

Before: MARY M. SCHROEDER,
Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

**1.** Judge Rawlinson is recused.